IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

AROUND THE CLOCK A/C SERVICE, LLC, )
*a Florida limited liability company*, )
)
          Plaintiff, )
)
v. )
)
PROQUEST, INC., )
*a Florida corporation*. )
)
          Defendant )
_____)

## COMPLAINT

Plaintiff AROUND THE CLOCK A/C SERVICE, LLC, (hereinafter "Plaintiff" or "Air Around the Clock"), by and through its undersigned counsel, brings this action against Defendant PROQUEST, INC., (hereinafter "Defendant"), for false designation of origin and unfair competition under the Federal Trademark Act of 1946, 15 U.S.C. § 1051, *et seq*. ("Lanham Act") and trademark infringement under Fla. Stat. § 495.131.

## NATURE OF ACTION

1. This suit arises from Defendant's unauthorized use of a colorable imitation of Plaintiff's protected trademark, YOUR WIFE IS HOT, in connection with its commercial activities related to the installation and maintenance of air conditioning apparatus.

2. Defendant is marketing, selling, and offering for sale of services related to cooling systems (including air conditioning apparatus and systems) competition with Plaintiff using, without authorization, a colorable imitation of the slogan that Plaintiff has used for over a decade to market, sell and offer for sale its installation and repair of air conditioning apparatus services

- 2 -

(or "air conditioning related services"). Defendant's unauthorized use of a colorable imitation of Plaintiff's trademark slogan in connection with the marketing, selling, and offering for sale of air conditioning related services is likely to cause confusion, or to cause mistake, or to deceive, and is intended to trick members of the public that are familiar with Plaintiff and air conditioning related services from Plaintiff into purchasing or using Defendant's services or otherwise believing that Defendant's services are from, sponsored by, or approved by Plaintiff. Through their use of a colorable imitation of Plaintiff's trademark slogan in connection with competing services, Defendant is willfully relying on Plaintiff's past advertising and promotion with Plaintiff's trademark slogan, as well as the goodwill symbolized by the slogan and the credibility appurtenant thereto due to Plaintiff's years of providing safe and effective products and reliable and high level service, in order to make a profit for themselves.

3. Plaintiff now brings this action for injunctive and other relief under the Lanham Action for false designation of origin and unfair competition and the Florida statutes for trademark infringement. Plaintiff seeks to prevent further (mis)use of a colorable imitation of its trademark slogan by Defendant, which will weaken the distinctive quality of Plaintiff's trademark, to cause Defendant to cease and desist from further defrauding the American public, and to recover damages arising from Defendant's willful and bad faith actions and other wrongful acts is a civil action for injunctive and other relief under the Lanham Act for false designation of origin. Plaintiff also claims relief under Florida statutes for trademark infringement. Plaintiff seeks to stop Defendant's use of a colorable imitation of Plaintiff's "YOUR WIFE IS HOT" mark in connection with heating and cooling installation services because such use is likely to cause confusion, mistake, or deception of members of the consuming public with respect to providers of air conditioning related services. Earlier this year,

Plaintiff became aware of Defendant's use of the phrase "Is Your Wife Hot" as a trademark in connection with the marketing, sale, offering for sale, or advertising of, *inter alia*, heating and cooling installation services. Unless enjoined by this Court, Defendant's use of "Is Your Wife Hot" will weaken the distinctive quality of Plaintiff's trademark and tarnish the goodwill associated therewith.

## PARTIES

4. Air Around the Clock is a Florida limited liability company having its principal place of business in Broward County, Florida.

5. Defendant is a Florida limited liability company having its principal place of business in Lee County, Florida.

## JURISDICTION AND VENUE

6. This action arises under the Federal Trademark Act of 1946, 15 US.C. §1051 et seq., and Florida state law. This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. §1331, 1338(a), 1338(b), and 15 U.S.C. §1121, in that this action arises under Acts of Congress relating to trademark. This Court has supplemental jurisdiction over the Florida state law claims pursuant to 28 U.S.C. 1367 in that the trademark infringement claim is so related to the false designation of origin claim that they form part of the same case and controversy.

7. This Court has personal jurisdiction over Defendant as Defendant maintains its principal place of business in this district, has committed acts of false designation of origin, unfair competition, trademark infringement, and/or other tortious acts in this district, and regularly engages in pervasive business activities in this district.

8. Venue is proper as to Defendant in this district under 28 U.S.C. §1391(b) and 1391(c) because a substantial part of the events giving rise to the claims herein occurred in this

- 4 -

district and because Defendant has a regular and established place of business and is subject to personal jurisdiction in this district.

## FACTUAL BACKGROUND

9. Air Around the Clock is in the business of marketing, selling and performing services related to the provision of heating, ventilation, and air conditioning systems to customers, including installation, maintenance, and repair services as well as services related to prepaid preventative maintenance service plans, in interstate commerce through both its place of business in Coral Springs, Florida and on the Internet through a website at the following URL: www.ATCAIR.COM.

10. Air Around the Clock adopted its YOUR WIFE IS HOT trademark in 2009 to identify its installation and repair of air conditioning apparatus services and distinguish its services from services related to heating, ventilation, and air conditioning systems provided by other service providers. Since that time, Plaintiff has continuously used its trademark in commerce in connection with the marketing, selling and performing of Plaintiff's air conditioning related services and has acquired substantial goodwill in connection with its use of the YOUR WIFE IS HOT trademark.

11. The meaning of the phrase "your wife is hot" has no relation when applied to the provision or sale of air conditioning related services. As such, the mark YOUR WIFE IS HOT is arbitrary when applied to air conditioning related services.

12. Air Around the Clock has continuously used the mark YOUR WIFE IS HOT as a tagline in connection with its provision of, *inter alia*, air conditioning related services, and to market its provision of the same, to customers in Broward and Palm Beach counties, and generally customers from throughout the state of Florida and from other states since 2009. A

true and correct copy of an exemplary advertisement showing Plaintiff's use of its YOUR WIFE IS HOT mark on service trucks and on its website is attached to this complaint as **Exhibit A** and incorporated by this reference.

13. Pursuant to Plaintiff's longstanding and consistent use of the mark YOUR WIFE IS HOT, Air Around the Clock is the owner of common law trademark rights in the YOUR WIFE IS HOT mark in connection with the sale of air conditioning related services which span at least the state of Florida.

14. Air Around the Clock is also the owner of a Florida trademark registration, Florida registration number T17000000056, for the YOUR WIFE IS HOT mark in standard characters for installation and repair of air conditioning apparatus services. A true and correct copy of Florida trademark registration number T17000000056 is attached to this complaint as **Exhibit B** and incorporated by this reference.

15. Air Around the Clock has expended considerable sums in marketing its air conditioning related services and has exerted every effort to maintain the highest standard of quality for said services, creating goodwill under the YOUR WIFE IS HOT mark among the purchasing public. Consumers in Florida and from other states have come identify Plaintiff for air conditioning related services provided in association the YOUR WIFE IS HOT mark and to trust Plaintiff for its fair and honest dealings in air conditioning related services provided under said marks.

16. Air Around the Clock has enjoyed considerable success and is well known as the source of origin of air conditioning related services to consumers from Florida and from other states in association with the YOUR WIFE IS HOT mark for almost ten years.

17. Air Around the Clock owns rights throughout Florida and in the United States to the YOUR WIFE IS HOT mark in connection with air conditioning related services which are superior to any rights which either Defendant may claim in and to said marks in any form or style with respect to air conditioning related services.

18. Defendant has commenced marketing, selling, offering for sale, and/or advertising services for cooling systems, which include installation and repair of air conditioning apparatus services, in Florida generally and, more specifically, in this District, using the phrase "Is your wife hot" as a tagline. A true and correct copy of an exemplary advertisement from Defendant's website proquestcooling.com taken on April 1, 2020, is attached to this complaint as **Exhibit C**, and incorporated by this reference. A true and correct copy of a recent photograph of shirt worn by a representative of Defendant is attached to this complaint as **Exhibit D** and incorporated by this reference.

19. By using the phrase "Is your wife hot" as a tagline, Defendant has adopted and commenced using a colorable imitation of Air Around the Clock's YOUR WIFE IS HOT mark in connection with the marketing, offering for sale, sale, and provision of air conditioning related services.

20. Defendant's use of a colorable imitation of Air Around the Clock's YOUR WIFE IS HOT mark to advertise and promote its air conditioning related services has occurred and continues to occur with constructive notice of Plaintiff's trademark rights, at least as of January 13, 2017 by virtue of Plaintiff's Florida trademark registration number T17000000056.

21. On information and belief, Defendant's selection and use of the phrase "Is your wife hot" in connection with the advertising of services which overlap with the services provided

- 7 -

by Air Around the Clock was done with actual knowledge of Plaintiff's YOUR WIFE IS HOT mark.

22. On information and belief, Defendant's use of "Is your wife hot" in its tagline has been a willful, intentional, and deliberate, course of action designed specifically to trade upon the goodwill associated with Plaintiff's YOUR WIFE IS HOT mark.

23. By using the phrase "Is your wife hot" in violation of Air Around the Clock's exclusive trademark rights in the YOUR WIFE IS HOT mark, Defendant has and/or is attempting to unfairly profit from the name, reputation, and advertising of Plaintiff.

24. Defendant's use of "Is your wife hot" to promote its air conditioning related services causes the likelihood of confusion, mistake or deception as to whether its services are sponsored, affiliated, or approved by Plaintiff or whether Plaintiff's services are sponsored, affiliated, or approved by Defendant. Such conduct by Defendant deprives Plaintiff of the ability to control the quality of the services marketed under the infringed marks, and, instead, places Plaintiff's valuable reputation and goodwill into the hands of Defendant, over whom Plaintiff has no control.

25. The goodwill of Air Around the Clock in air conditioning related services that has been acquired over the last decade under its YOUR WIFE IS HOT mark is of significant value, and harm to such goodwill is irreparable.

26. Air Around the Clock has been and will continue to sustain damages which include lost income, profits, and business opportunities as well as irreparable harm to its business, reputation, and goodwill as a direct and proximate result of Defendant's actions.

27. Air Around the Clock has no adequate remedy at law for the acts of infringement and other unlawful acts complained of herein and such acts have caused and will continue to

cause damage and irreparable injury to Plaintiff if Defendant is not restrained by this Court from further violations of Plaintiff's rights.

28. On information and belief, Defendant's actions will continue unless enjoined by this Court.

29. Plaintiff has retained the law firms of Williams Hilal Wigand Grande, PLLC and The Keys Law Firm, PLLC to represent its interest in these proceeding and is obligated to pay the firms a reasonable attorney's fee and court costs, which fees and costs are recoverable from Defendant under federal and state law.

## COUNT I
## FALSE DESIGNATION OF ORIGIN UNDER 15 U.S.C. §1125

30. Plaintiff incorporates by reference the allegations contained in Paragraphs 1 through 29.

31. Plaintiff adoption of its YOUR WIFE IS HOT mark as a tag line in connection with the promotion and provision of Plaintiff's air conditioning related services predates Defendant's use of the tagline "Is your wife hot" in connection with Defendant's provision of air conditioning related services.

32. Plaintiff has continuously used its YOUR WIFE IS HOT mark as a tag line in connection with the promotion and provision of Plaintiff's air conditioning related services in Florida and other states prior to Defendant commencing use of the tagline "Is your wife hot" in connection with Defendant's provision of air conditioning related services.

33. Defendant's adoption and use of the tagline "Is your wife hot" constitutes an unauthorized use of Plaintiff's YOUR WIFE IS HOT mark, or a colorable imitation of the same, in commerce in connection with air conditioning related services.

- 9 -

34. Defendant's adoption and use of the tagline "Is your wife hot" in connection with air conditioning related services creates a likelihood of confusion to consumers as to the proper origin of the services such that a consumer is likely to believe that Defendant's services are being sold with the consent or authorization of Plaintiff, or that Defendant is affiliated with or connected to Plaintiff.

35. Defendant's unlawful conduct has caused and/or are likely to cause confusion, mistake, or deceit, and, on information and belief, demonstrate an intentional wrongful and bad faith intent to trade on the goodwill associated with Plaintiff's mark.

36. Defendant's unlawful conduct has been, which has weakened the distinctive quality of Plaintiff's mark and tarnished Plaintiff's goodwill, results in Plaintiff having no control over the nature and quality of the goods and services offered by Defendant under an infringement of Plaintiff's YOUR WIFE IS HOT mark.

37. Plaintiff has no adequate remedy at law.

38. Defendant is causing and are likely to cause substantial injury to the public and to Plaintiff. Plaintiff is entitled to injunctive relief and to recover Defendant's profits and Plaintiff's actual or statutory damages, costs, and reasonable attorneys' fees.

WHEREFORE, Plaintiff demands judgment as set forth in the Prayer for Relief.

## COUNT II
## TRADEMARK INFRINGEMENT UNDER FLA. STAT. § 495.131

39. Plaintiff incorporates by reference the allegations contained in Paragraphs 1 through 29.

40. Plaintiff is the owner of Registration No. T17000000056, a Florida trademark registration for the YOUR WIFE IS HOT mark for installation and repair of air conditioning apparatus services in class 037.

41. Defendant's use of "Is your wife hot" in its advertising of and offers to provide services related to cooling systems, which include installation and repair of air conditioning apparatus services, has caused, now causes, and is likely to cause confusion, mistake, or deception of the public.

42. Defendant's actions constitute infringement of Plaintiff's registered mark, Registration No. T17000000056, in violation of Fla. Stat. § 495.131 and has weakened the distinctive quality of Plaintiff's trademark and tarnished Plaintiff's goodwill, resulted in Plaintiff having no control over the nature and quality of the services offered under Plaintiff's trademark, and caused Plaintiff to lose sales.

43. As a result of Defendant's infringing actions, Plaintiff has suffered and, unless enjoined by this Court, will continue to suffer, serious and irreparable injury and damage to its valuable trademark.

44. Defendant's infringing actions have been committed, and continue to be committed, with at least constructive notice of the Plaintiff's trademark rights.

45. Defendant's infringing actions have caused and are likely to cause confusion, mistake, or deceit, and, on information and belief, demonstrate an intentional wrongful and bad faith intent to trade on the goodwill associated with Plaintiff's mark.

46. Plaintiff has no adequate remedy at law.

47. Defendant is causing and are likely to cause substantial injury to the public and to Plaintiff. Plaintiff is entitled to injunctive relief and to recover Defendant's profits and Plaintiff's actual or statutory damages, costs, and reasonable attorneys' fees.

WHEREFORE, Plaintiff demands judgment as set forth in the Prayer for Relief.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands the following relief against Defendant:

a) an entry of judgment declaring that Defendant has committed a false designation of origin and unfair competition under federal law with respect to Plaintiff's common law trademark and infringed Plaintiff's trademark under Florida law;

b) a preliminary injunction, thereafter to be made permanent, which enjoins Defendant, its officers, directors, agents, servants, employees, successors and assigns and all others in concert and privity with it, from using the Plaintiff's YOUR WIFE IS HOT mark, or a colorable imitation (including "Is your wife hot") in connection with air conditioning related services or any products and services which would reasonably be thought by the buying public to come from Plaintiff;

c) entry of an order requiring Defendant to provide an accounting to Plaintiff for Defendant's profits, and a judgment for the actual damages suffered by Plaintiff as a result of Defendant's acts of infringement together with interests and costs; and pay for corrective advertising;

d) entry of an order declaring this case as exceptional, trebling said damages and awarding reasonable attorneys fees due to the egregious nature of Defendant's acts;

e) entry of an order requiring Defendant to immediately provide to all of their advertisers, distributors, suppliers, and all others with whom they do business a copy of the Court's injunction order, and otherwise inform them in writing that they must immediately cease, upon pain of contempt of the Court, the marketing and advertising of any air conditioning related services using Plaintiff's trademarks, or any confusingly similar trademark;

f) entry of an order requiring Defendant to deliver up and destroy all literature, advertising and other material bearing the infringing trademark or other designations for retail air conditioning related services and remove all of its infringement material from the Internet;

g) entry of an order requiring Defendant to file with this Court and serve on Plaintiff's counsel within fourteen days after the service of an injunction, a report, in writing under oath, setting forth in detail the manner and form in which they have complied with the injunction;

h) such other and further relief as the Court may be just and proper.

## JURY DEMAND

Plaintiff hereby demands a jury trial on all issues so triable as a matter of right.

On this 23rd day of April, 2020.

**AROUND THE CLOCK AC SERVICE, LLC.**

Respectfully submitted,

By: *Elias R. Hilal*
Elias R. Hilal, Esq. (FBN 60,337)
E-mail Address: elias@whwlegal.com
Law Office of Elias R. Hilal, P.A.
WILLIAMS HILAL WIGAND GRANDE, PLLC
633 SE 3rd Ave Ste 301
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2065
Facsimile:  (954) 337-0117

-and-

James G. Keys, III, Esq. (FBN 63,943)

E-mail Address: mail@keyslawfirm.com
THE KEYS LAW FIRM, PLLC
3350 SW 148th Ave, Ste 110
Miramar, Florida 33027
Telephone: (954) 519-2041
Facsimile: (954) 519-2042
*Attorneys for Plaintiff*

## VERIFICATION

I, Eric Pereira, declare as follows:

I am authorized by Around the Clock A/C Service, LLC, the Plaintiff in this action. I have read the foregoing Complaint and know the contents thereof and the same are true based upon my personal knowledge except as to such matters therein stated to be on information and belief, and as to those matters I believe to be true. Pursuant to the provisions of 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct and further that these statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

AROUND THE CLOCK AC SERVICE, LLC.

Executed this 23rd day of April, 2020

By: _____