UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AROUND THE CLOCK A/C
SERVICE, LLC, a Florida limited
liability company,

    Plaintiff,

v.                                 Case No:   2:20-cv-304-FtM-29NPM

PROQUEST, INC., a Florida
corporation,

    Defendant.

## **TRACK TWO NOTICE AND CORPORATE DISCLOSURE ORDER**

This suit is designated as a **Track Two** case under Local Rule 3.05.  To comply with Federal Rule of Civil Procedure 16, all counsel and any *pro se* litigant must meet in person, by telephone, or via videoconference to conduct a Rule 26(f)(2) conference within **30 days** after the defendant's first appearance by answer, motion, removal, or other filing.[1]

The parties must **jointly** file their Case Management Report (found on the assigned district judge's website), the Pretrial & Discovery Plan (found on the assigned magistrate judge's website), and Related Case Notice—in three separate docket entries—**14 days** after the Rule 26(f)(2) conference.  Except as authorized by Rule 26(d), no party may seek discovery from any source before the meeting, unless the Court orders otherwise.

---

[1] Initially, the parties need not conduct a Rule 26(f)(2) conference in most ERISA, FLSA, ADA, FDCPA, TCPA (as amended by the Junk Fax Prevention Act), RESPA, FCRA and FCCPA cases.  Instead, a scheduling order tailored to the case will be issued by the Court upon the first appearance of any defendant.

All nongovernmental corporate parties **must** comply with Federal Rule of Civil Procedure 7.1 by identifying any parent corporation and publicly held corporation owning 10% or more of its stock, or stating that there is no such corporation with the first appearance, pleading, petition, motion, response, or other request addressed to the Court, and they must promptly file a supplemental statement if any required information changes.  **The failure to do so may result in the imposition of sanctions, including striking the first appearance, pleading, petition, motion, response, or other request.**

Plaintiff (or Defendant in a removal case) is responsible for serving a copy of this Order on each party no later than **fourteen (14) days** after appearance of the party.

**DONE** and **ORDERED** in Fort Myers, Florida on this 29th day of April 2020.

/s/ *Sheri Polster Chappell*
Sheri Polster Chappell
United States District Judge

/s/ *Thomas P. Barber*
Thomas P. Barber
United States District Judge

/s/ *John E. Steele*
John E. Steele
Senior United States District Judge

/s/ *Mac R. McCoy*
Mac R. McCoy
United States Magistrate Judge

/s/ *Nicholas P. Mizell*
Nicholas P. Mizell
United States Magistrate Judge

Copies to:  All Parties of Record