UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AROUND THE CLOCK A/C
SERVICE, LLC, a Florida
limited liability company,

    Plaintiff,

v.                                         Case No: 2:20-cv-304-JES-NPM

PROQUEST, INC., a Florida
corporation,

    Defendant.
_____

**ORDER**

On April 5, 2021, the parties were directed to file a memorandum if they wished the Court to retain jurisdiction. (Doc. #28.) Finding no response or memorandum filed, the Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure dismissing the case with prejudice, with each party bearing its own attorneys' fees and costs, and the Court will not retain jurisdiction to enforce the settlement. The Clerk is further directed to terminate any pending motions and previously scheduled deadlines and to close the case.

**DONE and ORDERED** at Fort Myers, Florida, this __13th__ day of April, 2021.

                                                             JOHN E. STEELE
                                                             SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record